AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jason R. Moore<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.<br><br>3:22mj503/ZCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _March 2013 - February 2016_ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 2423(c) and | - Illicit Sexual Conduct in Foreign Places (Republic of Fiji) |
| Title 18 U.S.C. Section 3238 | - Offenses Not Committed in Any District |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Andrew LaFlam
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/30/2022

_____
*Judge's signature*

City and state:  Pensacola, Florida

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*