AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America
v.
Jason R. Moore

Defendant

Case No. 3:22mj503/ZCB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason R. Moore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. Section 2423(c) and Title 18 U.S.C. Section 3238
- Illicit Sexual Conduct in Foreign Places
- Offenses Not Committed in Any District

Date: 11/30/2022

*Issuing officer's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Zachary C. Bolitho
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/2022, and the person was arrested on *(date)* 12/2/2022
at *(city and state)* Milton, FL.

Date: 12/2/2022

*Arresting officer's signature*

W. Andrew LaFlam, HSI Special Agent
*Printed name and title*

JCJ