IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JASON R. MOORE

_____/

INDICTMENT

3:22-cr-82/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about March 21, 2013, and on or about April 25, 2013,

**JASON R. MOORE,**

a United States citizen whose last known residence is within the Northern District of Florida, traveled in foreign commerce from the United States to Fiji, a foreign country, and while there, engaged in, and attempted to engage in, illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Minor Female 1, a person under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

## COUNT TWO

Between on or about January 17, 2016, and on or about February 8, 2016,

**JASON R. MOORE,**

FILED USDC FLND PN
DEC 13 '22 PM4:52

Returned in open court pursuant to Rule 6(f)

12/13/22
Date

United States Magistrate Judge

a United States citizen whose last known residence is within the Northern District of Florida, traveled in foreign commerce from the United States to Fiji, a foreign country, and while there, engaged in, and attempted to engage in, illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Minor Female 1, a person under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

A TRUE BILL:

███████████████
FOREPERSON

Dec 13, 2022
DATE

JASON R. COODY
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

ADAM W. BRASKICH
Trial Attorney
Child Exploitation & Obscenity Section
United States Department of Justice

2